IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUGBOAT INVESTMENTS LLC, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, N.A., | : | No. 22-2149 |
| *Defendant* | : | |

## ORDER

AND NOW, this 6th day of March, 2023, upon consideration of Bank of America's Motion to Dismiss for lack of Subject Matter Jurisdiction (Doc. No. 18), it is hereby **ORDERED** that the Motion (Doc. No. 18) is **GRANTED** and this matter is **DISMISSED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1